UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES,

07 CV 3796 (LAP)

**ORDER TO SHOW CAUSE
FOR DEFAULT
<u>JUDGMENT AND ORDER</u>**

Plaintiffs,

-against-

GLOBAL INTERIORS, INC.,

Defendant.
-----------------------------------------------------------------X

UPON the annexed affidavit of Andrew GraBois, Esq. sworn to the 28th day of June, 2007 and all of the proceedings had herein, let Defendant Global Interiors, Inc., appear before Judge Loretta A. Preska at this Federal Courthouse, Courtroom 12-A, located at 500 Pearl Street, New York, NY, 10007 on the 16th day of July, 2007 at 9:30 o'clock in the forenoon/afternoon of that day or as soon thereafter as the parties can be heard, to show cause why a Default Judgment and Order should not be entered against Global Interiors, Inc. and in favor of plaintiffs, confirming an arbitration award dated April 2, 2007 against the Defendant, and awarding attorneys' fees and costs arising out of this action.

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by way of first class mail on or before **5:00** P.M. on the **2nd** day of **July**, 2007 be deemed good and sufficient service; **and courtesy copies delivered to chambers** answering papers, if any, shall be served and filed on or before **July 12**, 2007; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
      **June 29**, 2007

_Loretta A. Preska_
Honorable Loretta A. Preska
United States District Judge